IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-94-GCM

| | |
|---|---|
| KENDALL ANDREWS, **Plaintiff,** v. FRITO-LAY, INC., **Defendant.** | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Kristin S. Gray,** filed April 26, 2019 (Doc. No. 5).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Ms. Gray is admitted to appear before this court *pro hac vice* on behalf of Defendant, Frito-Lay, Inc..

**IT IS SO ORDERED.**

Signed: April 29, 2019

Graham C. Mullen
United States District Judge